**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

RODNEY FERRER,

                            Plaintiff,

          - v -                                  Civ. No. 9:14-CV-1370
                                                            (GTS/DJS)

STEVEN RACETTE, *et al.*,

                            Defendants.

**APPEARANCES:**                                          **OF COUNSEL:**

OFFICE OF JESSICA M. GORMAN              JESSICA M. GORMAN,
*Attorney for Plaintiff*                                     ESQ.
74 Chapel Street, 2d Floor
Albany, NY 12207

HON. ERIC T. SCHNEIDERMAN                CATHY Y. SHEEHAN, ESQ.
Attorney General of the State of New York     Assistant Attorney General
*Attorney for Defendants Racette, Kelly,*
*Goodman, Waite, and Jenkins*
The Capitol
Albany, New York 12224

LAMARCHE, SAFRANKO LAW FIRM           ANDREW R. SAFRANKO,
*Attorney for Defendant Fraizer*                      ESQ.
1539 Crescent Road
P.O. Box 5437
Clifton Park, NY 12065

HARRIS, CONWAY LAW FIRM                    RYAN T. DONOVAN, ESQ.
*Attorney for Defendant Livermore*
The Patroon Building
5 Clinton Square
Albany, NY 12207

LIPPES MATHIAS WEXLER FRIEDMAN LLP     JEFFREY P. MANS, ESQ.
*Attorney for Defendants and Counter Claimants*
*Beecher, Burch, and McClenning*
54 State Street, Suite 1001
Albany, NY 12207

**DANIEL J. STEWART**
**UNITED STATES MAGISTRATE JUDGE**

## ORDER

As part of the Court's discovery conference held on June 8, 2016 counsel for the Defendants were instructed to provide to chambers the personnel files for their clients at the earliest possible date. Dkt. No. 68. On July 12, 2016 personnel files for Craig Goodman; Joshua Jenkins; Charles Kelly; Steven Racette and Nathan Waite were provided to the Court by attorney Cathy Sheehan. The *in camera* review of the personnel files of these five Defendants did not reveal any relevant information or impeachment material that warrants disclosure.

The Court directs that the Counsel for Goodman, Jenkins, Kelly, Racette and Waite, immediately retrieve from the Court's courtroom deputy, Maria Blunt, the five personnel files. The Court again directs the remaining defense counsel to immediately produce their client's personnel files for review.

**IT IS SO ORDERED**.

Date:  July 12, 2016
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge