**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

RODNEY FERRER,

                              Plaintiff,

       - v -                                      Civ. No. 9:14-CV-1370
                                                         (GTS/DJS)

STEVEN RACETTE, *et al.*,

                              Defendants.

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| OFFICE OF JESSICA M. GORMAN<br>*Attorney for Plaintiff*<br>74 Chapel Street, 2d Floor<br>Albany, NY 12207 | JESSICA M. GORMAN,<br>ESQ. |
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General of the State of New York<br>*Attorney for Defendants Racette, Kelly,<br>Goodman, Waite, and Jenkins*<br>The Capitol<br>Albany, New York 12224 | CATHY Y. SHEEHAN, ESQ.<br>Assistant Attorney General |
| LAMARCHE, SAFRANKO LAW FIRM<br>*Attorney for Defendant Fraizer*<br>1539 Crescent Road<br>P.O. Box 5437<br>Clifton Park, NY 12065 | ANDREW R. SAFRANKO,<br>ESQ. |
| HARRIS, CONWAY LAW FIRM<br>*Attorney for Defendant Livermore*<br>The Patroon Building<br>5 Clinton Square<br>Albany, NY 12207 | RYAN T. DONOVAN, ESQ. |

LIPPES MATHIAS WEXLER FRIEDMAN LLP        JEFFREY P. MANS, ESQ.
*Attorney for Defendants and Counter Claimants*
*Beecher, Burch, and McClenning*
54 State Street, Suite 1001
Albany, NY 12207

**DANIEL J. STEWART**
**UNITED STATES MAGISTRATE JUDGE**

## ORDER

As part of the Court's discovery conference held on June 8, 2016, counsel for the Defendants were instructed to provide to chambers the personnel files for their clients at the earliest possible date. Dkt. No. 68. On July 24, 2016, the personnel file for Defendant Jeremy Burch was reviewed by the Court.

The *in camera* review of Defendant Burch's personnel file reflected one set of documents that may possibly be used for impeachment purposes, or as part of the supervisory claim. When retrieving the personnel file, Defendant's Counsel Jeffrey Mans shall make a copy of the twenty total pages from the personnel file which have been tagged and paper clipped together by the Court. Counsel shall redact any information regarding the Defendant's date of birth, home address, and social security number. The redacted copies shall be provided to the Plaintiff's counsel, with copies to the counsel for the remaining Defendants. Because of the nature and circumstances of the case, and the specific needs of the correctional facility, the Plaintiff's counsel is directed not to provide copies of the disclosed portions of the personnel file to the Plaintiff. However, counsel is not barred from discussing the content of the documents with her client.

The Court directs that the Defendant's Counsel immediately retrieve from the Court's courtroom deputy, Maria Blunt, the Burch personnel file.

**IT IS SO ORDERED**.

Date: July 24, 2016

     Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge