**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

RODNEY FERRER,

                        Plaintiff,

      - v -                                    Civ. No. 9:14-CV-1370
                                                         (GTS/DJS)

STEVEN RACETTE, *et al.*,

                        Defendants.

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| OFFICE OF JESSICA M. GORMAN<br>*Attorney for Plaintiff*<br>74 Chapel Street, 2d Floor<br>Albany, New York 12207 | JESSICA M. GORMAN, ESQ. |
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General of the State of New York<br>*Attorney for Defendants Racette, Kelly,*<br>*Goodman*, *Waite, and Jenkins*<br>The Capitol<br>Albany, New York 12224 | CATHY Y. SHEEHAN, ESQ.<br>ORIANA L. CARRAVETTA, ESQ.<br>Assistant Attorney Generals |
| LAMARCHE, SAFRANKO LAW FIRM<br>*Attorney for Defendant Fraizer*<br>1539 Crescent Road<br>P.O. Box 5437<br>Clifton Park, New York 12065 | ANDREW R. SAFRANKO, ESQ. |
| HARRIS, CONWAY LAW FIRM<br>*Attorney for Defendant Livermore*<br>The Patroon Building<br>5 Clinton Square<br>Albany, New York 12207 | RYAN T. DONOVAN, ESQ. |
| LIPPES MATHIAS WEXLER FRIEDMAN LLP<br>*Attorney for Defendants and Counter Claimants*<br>*Beecher, Burch, and McClenning*<br>54 State Street, Suite 1001 | JEFFREY P. MANS, ESQ. |

Albany, New York 12207

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

As part of the Court's prior Decision & Order, dated September 19, 2016, Dkt. No. 92, Counsel for the Plaintiff was instructed to obtain and to provide to Chambers the mental health records for Mr. Ferrer from August 15, 2011 through November 15, 2011. On or about October 13, 2016, the requested mental health records, ranging approximately fifty pages, were provided to the Court. An *in camera* review of Plaintiff's mental health records reflected three entries that relate to the sole issue identified by the Court as relevant, namely Plaintiff's complaints of staff treatment during the general time period of September of 2011. The Court has redacted the entries (dated August 31, 2011, September 14, 2011, and October 25, 2011) so that only the Plaintiff's specific report is disclosed. Plaintiff's Counsel is directed to retrieve the complete mental health records as well as the redacted copies of the relevant entries, and shall immediately provide the redacted copies to the Counsel for the remaining Defendants.

**IT IS SO ORDERED**.

Date: November 4, 2016
 Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge